No. 09-8043. Alexis Devon Smith, aka Alexis Devon Wesley-Smith, Petitioner v. Blaine C. Lafler, Warden.

559 U.S. 948, 130 S. Ct. 1529, 176 L. Ed. 2d 129, 2010 U.S. LEXIS 1258.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 09-8044. Loyd Landon Sorrow, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

559 U.S. 948, 130 S. Ct. 1529, 176 L. Ed. 2d 129, 2010 U.S. LEXIS 1424, ■

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 09-8046. H. Paul Hett, Petitioner v. Jerry C. Wade, et al.

559 U.S. 948, 130 S. Ct. 1529, 176 L. Ed. 2d 129, 2010 U.S. LEXIS 1434.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 09-8049. Robert J. Davis, Petitioner v. Florida.

559 U.S. 949, 130 S. Ct. 1529, 176 L. Ed. 2d 129, 2010 U.S. LEXIS 1217.

February 22, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 993 So. 2d 1119.

No. 09-8050. Jerry Lewis Dedrick, Petitioner v. Texas.

559 U.S. 949, 130 S. Ct. 1529, 176 L. Ed. 2d 129, 2010 U.S. LEXIS 1384.

February 22, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, Eleventh District, denied.

No. 09-8053. Mark Bowersock, Petitioner v. Superior Court of California, Los Angeles County, et al.

559 U.S. 949, 130 S. Ct. 1530, 176 L. Ed. 2d 129, 2010 U.S. LEXIS 1261.

February 22, 2010. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

No. 09-8061. Randy Lee Soderstrom, Petitioner v. Henry T. Nicholas, et al.

559 U.S. 949, 130 S. Ct. 1530, 176 L. Ed. 2d 129, 2010 U.S. LEXIS 1119.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 09-8065. Eddie Wayne Davis, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections.

559 U.S. 949, 130 S. Ct. 1530, 176 L. Ed. 2d 129, 2010 U.S. LEXIS 1148.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 09-8068. Tony L. Gary, Petitioner v. Florida.

559 U.S. 949, 130 S. Ct. 1530, 176 L. Ed. 2d 129, 2010 U.S. LEXIS 1250.

February 22, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 5 So. 3d 713.

No. 09-8069. Claudell Green, Petitioner v. W. J. Sullivan, Warden, et al.

559 U.S. 949, 130 S. Ct. 1530, 176 L. Ed. 2d 129, 2010 U.S. LEXIS 1135.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.